| | Our Office | Your Property | | On-Line Tools | Reference | Contact Us |
|---|---|---|---|---|---|---|

Summary

Land Profile

Residential

Commercial

Improvements

Permits

Mapping

Sketch

Photo

Aerial Photos

Transfers

BOR Status

CAUV Status

Tax & Payments

Tax Distribution

Rental Contact

ParcelID: 570-228327-00
GRELL JASON E

Map-Rt: 570-M206CCA -051-00
1990 LITTLE WATER DR

1 of 1
Return to Search Results

**Owner**

| | |
|---|---|
| Owner | GRELL JASON E<br>GRELL BRITTANY A |
| Owner Address | 1990 LITTLE WATER DR<br>COLUMBUS OH 43223 |
| Legal Description | SENECA WOODS<br>SECTION 3<br>LOT 100 |
| Acres | 0 |
| Tax Bill Mailing | US BANCORP SRV PROVIDERS<br>6053 FASHION SQUARE DR STE 99<br>SALT LAKE CITY UT 84107-5439 |

**Actions**
Neighborhood Sales
Printable Summary
Printable Version

**Reports**
CSV Export
Mailing List
Map Report
Parcel Summary
Parcel Detail
Go

**Links**
FC Treasurer
FC Recorder
Sex Offender Inquiry

**2014 Tax Status**

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 510 - ONE-FAMILY DWLG ON PLATTED LOT |
| Tax District | 570 - COLUMBUS-SOUTHWESTERN CSD |
| School District | 2511 - SOUTH WESTERN CSD |
| City/Township | |
| Appraisal Neighborhood | 09300 |
| CAUV Property | No |
| Owner Occ. Credit | Yes |
| Homestead Credit | No |
| Board of Revision | No |
| Zip Code | 43223 |

**2014 Current Market Value**

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 15,800 | 67,400 | 83,200 |
| TIF | | | |
| Exempt | | | |
| Total | 15,800 | 67,400 | 83,200 |
| CAUV | 0 | | |

**2014 Taxable Value**

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 5,530 | 23,590 | 29,120 |
| TIF | | | |
| Exempt | | | |
| Total | 5,530 | 23,590 | 29,120 |

**2014 Taxes**

| Net Annual Tax | Taxes Paid | CDQ |
|---|---|---|
| 1,763.52 | 881.76 | |

**Dwelling Data**

| Yr Built | Ab Gr Sq Ft | Rooms | Bedrooms | Full Baths | Half Baths |
|---|---|---|---|---|---|