## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | JASON EDWARD GRELL, | : | Case No 15-53829 |
| | BRITTANY ANN GRELL, | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge John E. Hoffman Jr. |

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtors JASON & BRITTANY GRELL by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

JASON & BRITTANY GRELL
4159 Crosspointe Drive
Columbus, Ohio 43207-7203

Respectfully submitted,

Dated: 26 October 2015

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com