U.S. Bankruptcy Court
Southern District of Ohio
Columbus Divisional Office
170 North High Street
Columbus, Ohio 43215

FILED
2015 JAN 15 PM 12 15
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

Concerning case# 15-53829

Please forward all mail and change contact information to our new address:
**4159 Crosspointe Dr.**
**Columbus, Ohio 43207**

Thank you

Jason Grell
Cell: 740-236-3641

Brittany Grell
Cell: 740-629-1764